682 A.2d 782

**GREENWOOD TRUST COMPANY, Petitioner,**

v.

**Lawrence and Deborah GILBERT and
David A. Tompkins, Respondents.**

Supreme Court of Pennsylvania.

Sept. 25, 1996.

PER CURIAM.

AND NOW, this **25th** day of **September, 1996,** the Petition for Allowance of Appeal is granted. The Petition to Consolidate is denied. The Petition Seeking Leave to Supplement Petition for Allowance of Appeal is granted. The Petition Requesting Court's Determination of Allocatur Petition in Light of Its Decision in *Bank One, Columbus v. Mazaika* is granted.

The order of the Superior Court is reversed. *Smiley v. Citibank (South Dakota), N.A.,* —— U.S. ——, 116 S.Ct. 1730, 135 L.Ed.2d 25 (1996); *Bank One, Columbus, N.A., v. Mazaika,* 545 Pa. 115, 680 A.2d 845 (1996).